AO 442 (Rev. 11/11) Arrest Warrant

FILED IN OPEN COURT
MAY 29 2025
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

ORIGINAL

SEALED

RECEIVED UNITED STATES MARSHAL
2025 MAY -9 A 10: 18
EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Sylvia Naupendai Bryant | ) | Case No. 2:25cr53 |
| | ) | FID: 11804957 |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Sylvia Naupendai Bryant ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

T.21:846 and T.841(a)(1) - Conspiracy to Manufacture, Distribute, and Possess with Intent to Manufacture and Distribute Cocaine, Cocaine Base, Heroin, Fentanyl, and Para-fluorofentanyl

Date: 05/07/2025

*Issuing officer's signature*

City and state: Norfolk, VA

Lawrence R. Leonard, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* May 9, 2025, and the person was arrested on *(date)* May 29, 2025
at *(city and state)* Virginia Beach, VA.

Date: May 29, 2025

*Arresting officer's signature*

Harry Y. Chumey, S.A.
*Printed name and title*