**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
*Norfolk Division*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 2:25-cr-53-1** |
| | ) | |
| **TERRANCE EDWARD BROWN** | ) | |

### MOTION TO SEAL

The United States of America, by and through its attorneys, Lindsey Halligan, United States Attorney for the Eastern District of Virginia, and Kelly A. Cournoyer, Special Assistant United States Attorney, pursuant to Local Criminal Rule 49(B), moves to seal its Motion to Continue Sentencing. Sealing is necessary to avoid disclosure of sensitive information in this case. Such sealing is within the discretion of this Court and may be granted "for any legitimate prosecutorial need." *United States v. Ramey*, 791 F.2d 317, 321 (4th Cir. 1986); *see also, In re Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 65 (4th Cir. 1989).

The United States requests that the government's Motion to Continue Sentencing remain under seal pending further order of this honorable Court.

Respectfully submitted,

LINDSEY HALLIGAN
UNITED STATES ATTORNEY

By:   */s/ Kelly A. Cournoyer*
      Kelly A. Cournoyer, Virginia Bar No. 95742
      Special Assistant United States Attorney
      101 West Main Street, Suite 8000
      Norfolk, Virginia 23510
      Office Number – (757) 441-3165
      Facsimile Number – (757) 441-6689
      E-Mail Address - kelly.cournoyer2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of November, 2025, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing

(NEF) to the following:

**Fernando Groene**
Fernando Groene, P. C.
364 McLaws Circle, Suite 1A
Williamsburg, VA 23185
Email - fgroene@groenelaw.com

_/s/   Kelly A. Cournoyer_
Kelly A. Cournoyer
Special Assistant United States Attorney